**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALCIDES GONZALEZ MARTINEZ, | Case No. 5:26-cv-02732-DMK |
| Petitioner, | |
| v. | **JUDGMENT** |
| FERETI SEMAIA, *et al.*, | |
| Respondents. | |

Pursuant to the Order Granting Petition for Writ of Habeas Corpus, **IT IS ADJUDGED** that the Petition is granted to the extent provided in that order.

The Clerk of Court is directed to close this case.

DATED: June 3, 2026

_____
HONORABLE DIANA M. KWOK
UNITED STATES MAGISTRATE JUDGE